UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH B. LAHEY, | ) |
|     Plaintiff, | ) No. 13-cv-8252 |
| v. | ) Judge James F. Holderman |
| ILLINOIS BELL TELEPHONE CO., | ) |
| an Illinois corporation, | ) (Jury Demanded) |
|     Defendant. | ) |

## JOINT STIPULATION TO DISMISS

The Plaintiff, JOSEPH B. LAHEY, and Defendant, ILLINOIS BELL TELEPHONE CO., by and through their respective attorneys, hereby stipulate and agree that this matter be dismissed with prejudice and without costs.

Dated this 6th day of January, 2015.

Respectfully Submitted,

/s/ Timothy A. Bridge
Timothy A. Bridge
*Attorney for the Plaintiff*

Timothy A. Bridge, Esq.
3N206 Loblolly Lane
St. Charles, IL 60175
Tel: (630) 762-1135
Fax: (630) 762-1282
Email: tabridge@sbcglobal.net

/s/Kathryn E. Siegel
Laura A. Lindner
Kathryn E. Siegel
*Attorneys for the Defendant*

LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
Tel: (312) 372-5520
Email: llindner@littler.com
ksiegel@littler.com